IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SAMANTHA CAMERON                                                                                    PLAINTIFF

V.                              CIVIL NO. 2:15-cv-02051-MEF

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, I hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty (60) days from entry of the Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 4th day of March, 2016.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE